IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID LEE SPARKS,                                                                          PLAINTIFF
ADC #143843

v.                                          5:14CV00253-JM-JTK

SGT. HUGHES, et al.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 26th day of August, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE